IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,             No. CR-S-02-0491 WBS KJM P

      vs.

DEE LAIL,

      Movant.              <u>ORDER</u>

_____/

      Movant is a federal prisoner proceeding with a motion under 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On January 13, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

/////
/////
/////
/////

1

1   The court has reviewed the file and finds the findings and recommendations to be
2   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3   ORDERED that:
4       1.  The findings and recommendations filed January 13, 2006, are adopted in full;
5       2.  Respondent's July 12, 2005 motion to dismiss is granted;
6       3.  This case is closed; and
7       4.  The clerk of the court is directed to close the companion civil case
8   No. CIV S-04-1863 WBS KJM P.
9   DATED: February 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/lail0491.801